# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, G.G. GERDING**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## RUBEN A. TORRES
## CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201300429
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 11 July 2013.
**Military Judge**: Capt D. Jacques Smith, JAGC, USN.
**Convening Authority**: Inspector-Instructor, 6th Motor Transport Battalion, Marine Forces Reserve, Red Bank, NJ.
**Staff Judge Advocate's Recommendation**: Col E.R. Kleis, USMC.
**For Appellant**: CAPT Bree A. Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**25 March 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court




R.H. TROIDL
Clerk of Court